UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL ALEXANDER BRICO,<br><br>      Plaintiff,<br><br>  v.<br><br>WALGREENS, SINGLE SOURCE SECURITY LLC, TOTAL PUBLIC SAFETY INC., KING COUNTY; PAUL SCHWENN, DAVID HOAG; DOES 1-21,<br><br>      Defendants. | CASE NO. 2:19-cv-01855-RAJ-BAT<br><br>**ORDER GRANTING EXTENSION OF JOINDER DEADLINE** |

Plaintiff Carl Alexander Brico seeks an extension of the deadline for joining additional parties (present set for March 2, 2020) until June 2, 2020. Dkt. 25. Defendants do not oppose the requested extension. *Id.*, at 3.

For the reasons set forth in Plaintiff's motion, the Court finds good cause for the extension requested. The extension does not affect any other deadlines set forth in the Court's Order Setting Pretrial Schedule. Dkt. 25. Accordingly, it is **ORDERED** that Plaintiff's motion (Dkt. 25) is **GRANTED**; the deadline for joining additional parties is June 2, 2020.

DATED this 18th day of March, 2020.

                _____
                BRIAN A. TSUCHIDA
                Chief United States Magistrate Judge

ORDER GRANTING EXTENSION OF
JOINDER DEADLINE - 1