UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARL ALEXANDER BRICO,<br><br>             Plaintiff,<br><br>   v.<br><br>WALGREENS, SINGLE SOURCE SECURITY LLC, TOTAL PUBLIC SAFETY INC., KING COUNTY; PAUL SCHWENN, DAVID HOAG; DOES 1-21,<br><br>             Defendants. | CASE NO. 2:19-cv-01855-RAJ-BAT<br><br>**ORDER GRANTING CONTINUANCE OF MEDIATION DEADLINE** |

Based on the parties' Stipulation (Dkt. 55) and for good cause shown, it is **ORDERED** that the mediation deadline of April 30, 2021 (Dkt. 42), is now set for **May 30, 2021**.

DATED this 8th day of April, 2021.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge